COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Dartanyan K. Breaux
Calcasieu Parish Jail
5410 E. Broad Street
Lake Charles LA 70615

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 4, 2024

**REHEARING ACTION: September 4, 2024**

**Docket Number: 24   00387-KH**

**STATE OF LOUISIANA
VERSUS
DARTANYAN K. BREAUX**

**Writ Application from Calcasieu Parish Case No. 9282-SO-2023**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Charles G. Fitzgerald**
> **Hon. Guy E. Bradberry**
> **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Dartanyan K. Breaux** is:

> <u>**REHEARING DENIED**</u>. *See* Uniform Rules—Courts of Appeal, Rule 4–3;
> *and see, State v. Goppelt*, 08-576 (La. 10/31/08), 993 So.2d 1188.

cc: Hon. Stephen C. Dwight, Counsel for  the Respondent